**WHITE AND WILLIAMS LLP**
The Atrium
East 80 Route 4
Paramus, New Jersey  07652
(201) 368-7200
Attorneys for Plaintiff, The Paul Revere Life Insurance Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PAUL REVERE LIFE<br>INSURANCE COMPANY,<br><br>                 Plaintiff,<br><br>v.<br><br>JOHN DOE a/k/a RODOLFO<br>CHARDON,<br><br>                Defendant. | Civil Action No.:  1:07-cv-3779 (PKC)<br>ECF CASE<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, please taken notice that:

The Paul Revere Life Insurance Company is not a publicly traded company and is a wholly owned subsidiary of Unum Group.

Unum Group does not have a parent company and no publicly held corporation owns 10% or more of its stock.

DATED: 5-11-07                          Respectfully submitted,

BY:_____
ROBERT T. PINDULIC, ESQ.
White and Williams LLP
The Atrium
East 80 Route 4
Paramus, New Jersey  07675
Phone No.:  (201) 368-7200