# **MEMO ENDORSED**

## White and Williams LLP

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC # |
| DATE FILED: 7/13/07 |

**WW**

*The Atrium*
*East 80 Route 4*
*Paramus, NJ 07652-2647*
*Phone: 201.368.7200*
*Fax: 201.368.7240*

*Robert Wright, Managing Partner*

*Robert T. Pindulic*
*Direct Dial: 201.368.7204*
*Direct Fax: 201.368.7244*
*pindulicr@whiteandwilliams.com*

July 12, 2007

*[handwritten: Conference adjourned from July 20 to Sept. 7, 2007 at 9:15 a.m. SO ORDERED. USDJ 9-13-07]*

**Via Facsimile: (212) 805-7949**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
U.S. Courthouse, Room 2260
500 Pearl Street
New York, New York 10007-1312

Attention: Drew D'Agostino, Courtroom Deputy Clerk/Case Manager

**RE: The Paul Revere Life Insurance Company v. John Doe a/k/a**
   **Rodolfo Chardon**
   **Civil Action No.: 07 civ 3779**
   **Our File No.: 16931 J0152**

Dear Mr. D'Agostino:

   This office represents the interests of The Paul Revere Life Insurance Company in the above referenced action. On July 10, 2007, I received your e-mail advising that this matter has been set down for an initial conference on July 20, 2007 at 11:30 a.m.

   Please accept this correspondence as a formal request for an adjournment of the initial conference based on the information set forth below. This is the first request for an adjournment of this conference.

   To date, despite numerous attempts, we have not been able to effectuate service of the Summons and Complaint upon the defendant. Based on the foregoing, it would be appreciated if the initial conference can be adjourned for approximately 30 days to allow us to attempt other means of service upon the defendant.

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

LIMITED LIABILITY PARTNERSHIP REGISTERED IN PENNSYLVANIA

July 11, 2007
Page 2

    It would be appreciated if you would contact the undersigned to advise whether this adjournment request has been granted. In addition, if you require any further information or documentation with respect to this request, it will be provided immediately.

Respectfully yours,
WHITE AND WILLIAMS LLP

BY: _____
ROBERT T. PINDULIC

RTP:bw

PARDMS 85977v.1