# White and Williams LLP

WW

The Atrium
East 80 Route 4
Paramus, NJ 07652-2647
Phone: 201.368.7200
Fax: 201.368.7240

**MEMO ENDORSED**

Robert T. Pindulic
Direct Dial: 201.368.7204
Direct Fax: 201.368.7244
pindulicr@whiteandwilliams.com

Robert Wright, Managing Partner

August 16, 2007



Honorable P. Kevin Castel
United States District Court
Southern District of New York
U.S. Courthouse, Room 2260
500 Pearl Street
New York, New York 10007-1312

    RE: **The Paul Revere Life Insurance Company v. John Doe a/k/a**
          **Rodolfo Chardon**
          **Civil Action No.: 07 civ 3779**
          **Our File No.: 16931 J0152**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

Dear Judge Castel:

    This office represents the interests of plaintiff, The Paul Revere Life Insurance Company, in this matter. Please accept this letter as a request on behalf of Paul Revere for leave to file a Motion with the Court to permit service of the Summons and Complaint upon defendant, John Doe a/k/a Rodolfo Chardon, by way of publication.

    Despite repeated efforts and retaining two different entities to attempt to effectuate service of the Summons and Complaint, we have been unable to effectuate service upon John Doe a/k/a Rodolfo Chardon. Furthermore, we were advised by an adult residing at the last known address of Mr. Chardon that he no longer resides at that address.

    As indicated in the Complaint filed on behalf of Paul Revere in this matter, based on a detailed investigation, Paul Revere has determined that John Doe is not Rodolfo Chardon and is an impostor.

    Based on the foregoing, Paul Revere has been unable to effectuate service of the Summons and Complaint upon John Doe, who had falsely represented himself to be Rodolfo Chardon.

PARDMS 86573v.1

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

LIMITED LIABILITY PARTNERSHIP REGISTERED IN PENNSYLVANIA

Honorable P. Kevin Castel
August 16, 2007
Page 2

Based on the foregoing, it is respectfully requested that the Court grant permission to allow a Motion to be filed on behalf of Paul Revere seeking an Order permitting service by publication and an extension of time to serve the Summons and Complaint.

If Your Honor requires any further information or documentation with respect to this request, it will be supplied immediately.

Respectfully submitted,
WHITE AND WILLIAMS LLP

BY: _____
ROBERT T. PINDULIC

RTP:bw
cc:   Rolodolph Chardon

*[Handwritten note: Pre-motion conference requirement waived. File motion (which should include a proposed order granting the relief). SO ORDERED. P. Kevin Castel USDJ 8-22-07]*

PARDMS 86573v.1