WHITE AND WILLIAMS LLP
The Atrium
East 80 Route 4
Paramus, New Jersey  07652
(201) 368-7200
*Attorneys for Plaintiff, The Paul Revere Life Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE a/k/a RODOLFO CHARDON,<br><br>Defendant. | Civil Action No.:  07-CV-3779<br>(PKC)<br><br><br>NOTICE OF MOTION<br>FOR LEAVE TO EFFECT SERVICE<br>OF THE SUMMONS & COMPLAINT<br>BY PUBLICATION |

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiff, The Paul Revere Life Insurance Company, by and through its attorneys, White and Williams LLP, will move for an Order granting the Plaintiff leave to serve the Defendant, Joe Doe a/k/a Rodolfo Chardon, with the Summons & Complaint by publication.

**PLEASE TAKE FURTHER NOTICE** that this motion will be based on this Notice of Motion and Affidavit of Robert T. Pindulic, Esq., with exhibits attached.

-2-

A proposed form of Order is attached.

Dated: September 14, 2007

Respectfully submitted,
**WHITE AND WILLIAMS LLP**
*Attorneys for Plaintiff,*
*The Paul Revere Life Insurance Company*

By: _____
ROBERT T. PINDULIC, ESQ.
The Atrium
East 80 Route 4
Paramus, New Jersey  07675
Phone No.:  (201) 368-7200