WHITE AND WILLIAMS LLP
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
(201) 368-7200
*Attorneys for Plaintiff, The Paul Revere Life Insurance Company*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE a/k/a RODOLFO CHARDON,<br><br>　　　　Defendant. | Civil Action No.: 07-CV-3779<br>　　　　　　　　　　　(PKC)<br><br><br>**ORDER GRANTING PLAINTIFF LEAVE TO EFFECT SERVICE OF THE SUMMONS & COMPLAINT BY PUBLICATION** |

**THIS MATTER** having been opened to the Court upon the application of Robert T. Pindulic, Esq., of White and Williams LLP, attorneys for Plaintiff, The Paul Revere Life Insurance Company, for an Order granting leave to effect service of the Summons & Complaint by publication, and the Court having read and considered the papers submitted by counsel, and good cause having been shown;

It is on this _____ day of _____ 2007,

**ORDERED** that the motion of the Plaintiff, The Paul Revere Life Insurance Company, is hereby GRANTED; and it is further

**ORDERED** that the Summons and Complaint be published together with the notice to the Defendant, John Doe a/k/a Rodolfo Chardon, in two newspapers, at least one in the English language, designated in the order most likely to give notice to the Defendant, John Doe a/k/a Rodolfo Chardon; and it is further

-2-

**ORDERED** that the above described publication be published at least once in each of four successive weeks; and it is further

**ORDERED** that the above-described publication of the Summons shall be made within 30 days after this Order has been entered; and it is further

**ORDERED** that service by publication shall be deemed complete on the 28th day after the day of first publication.

**ORDERED** that the time period for Paul Revere to effectuate service of the Summons and Complaint upon defendant shall be extended for a sufficient period of time to allow plaintiff to effectuate service by publication as set forth in this Order.


SO ORDERED: _____
                           HON. P. KEVIN CASTEL, U.S.D.J.


Dated:
    New York, New York