**WHITE AND WILLIAMS LLP**
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
(201) 368-7200
*Attorneys for Plaintiff, The Paul Revere Life Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE a/k/a RODOLFO CHARDON,<br><br>Defendant. | Civil Action No.: 07-CV-3779<br>(PKC)<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY    )
                       ) ss.
COUNTY OF BERGEN       )

BRENDA WIDMAN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am a legal secretary with the firm of White and Williams LLP, attorneys for plaintiff, in the within action.

2. On the 14th day of September 2007, I caused to be electronically filed with the Court one copy of the following:

   a) Notice of Motion for Leave to Effect Service of the Summons & Complaint by Publication;
   b) Affidavit of Robert T. Pindulic, Esq., In Support of Motion for Leave to Effect Service of the Summons & Complaint by Publication;
   c) Order Granting Plaintiff Leave to Effect Service of the Summons & Complaint by Publication; and
   d) Affidavit of Service

PHLDMS1 3300900v.1

3. On the 14th day of September 2007, I caused the documents set forth in paragraph two above to be served upon Defendant by way of regular mail at the address of 1172 East 225th Street, 2nd Floor, Bronx, New York 10466.

*BRENDA WIDMAN*
BRENDA WIDMAN

Sworn and subscribed to before
me this 14th day of September 2007.

_____
Robert T. Pindulic
Attorney-At-Law
State of New Jersey

PHLDMS1 3300900v.1