# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07
```

WHITE AND WILLIAMS LLP
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
(201) 368-7200
*Attorneys for Plaintiff, The Paul Revere Life Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE a/k/a RODOLFO CHARDON,<br><br>Defendant. | Civil Action No.: 07-CV-3779<br>(PKC)<br><br>NOTICE OF MOTION<br>FOR LEAVE TO EFFECT SERVICE<br>OF THE SUMMONS & COMPLAINT<br>BY PUBLICATION |

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiff, The Paul Revere Life Insurance Company, by and through its attorneys, White and Williams LLP, will move for an Order granting the Plaintiff leave to serve the Defendant, Joe Doe a/k/a Rodolfo Chardon, with the Summons & Complaint by publication.

**PLEASE TAKE FURTHER NOTICE** that this motion will be based on this Notice of Motion and Affidavit of Robert T. Pindulic, Esq., with exhibits attached.

PHLDMS1 3300900v.1

A proposed form of Order is attached.

Dated: September 14, 2007

                             Respectfully submitted,
                             **WHITE AND WILLIAMS LLP**
                             *Attorneys for Plaintiff,*
                             *The Paul Revere Life Insurance Company*

By: _____[signature]_____
       ROBERT T. PINDULIC, ESQ.
       The Atrium
       East 80 Route 4
       Paramus, New Jersey 07675
       Phone No.: (201) 368-7200

> [Handwritten order:] Motion provisionally granted provided that plaintiff submits an affidavit identifying the two newspapers where the published notice will run explaining why those newspapers are "most likely to give notice" to defendant. Submit a revised order with the names of the newspapers.
>
> SO ORDERED.
>
> [signature] USDJ
> 11-14-07

PHLDMS1 3300900v.1