WHITE AND WILLIAMS LLP
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
(201) 368-7200
Attorneys for Plaintiff, The Paul Revere Life Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE a/k/a RODOLFO CHARDON,<br><br>Defendant. | Civil Action No.: 07-CV-3779 (PKC)<br><br>NOTICE OF FILING PURSUANT TO FED. RULE CIV. PRO 4(l) |

**PLEASE TAKE NOTICE** that annexed is a copy of an affidavit of service with regard to defendant John Doe a/k/a Rodolfo Chardon in connection with this matter being filed pursuant to Federal Rule Civil Procedure 4(l).

DATED:   November 12, 2007         Respectfully submitted,

BY: _____
ROBERT T. PINDULIC, ESQ.
White and Williams LLP
The Atrium
East 80 Route 4
Paramus, New Jersey 07675
Phone No.: (201) 368-7200

PHLDMS1 3736957v.1

 

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE PAUL REVERE LIFE INSURANCE COMPANY,

      Plaintiff(s),                       Case No. 07 CV 3779

  -against-                        AFFIDAVIT OF SERVICE

JOHN DOE A/K/A RODOLFO CHARDON,

      Defendant(s).
----------------------------------------------------------------X
STATE OF NEW YORK   )
        S.S.:
COUNTY OF ROCKLAND  )

      DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 27th day of August, 2007, at approximately 8:40 PM, on the 28th day of August, 2007, at approximately 7:40 AM and on the 29th day of August, 2007, at approximately 1:50 PM, deponent attempted to serve a true copy of the COVER LETTER, SUMMONS, COMPLAINT AND JURY DEMAND AND ORDER SCHEDULING INITIAL PRETRIAL CONFERENCE upon JOHN DOE A/K/A RODOLFO CHARDON at 1172 East 225th Street, 2nd Floor, Bronx, New York 10466, but there was no answer at the second floor door labeled with duct tape R. Gonzlez R. Charon. There was a Maroon Chevy Malibu with handicapped NYS plates 536864 in the gated driveway and a mailbox on the first floor labeled R. Gonzlez R. Charon, 2nd floor.

      That on the 29th day of August, 2007, at approximately 1:50 PM, therefore, deponent served a true copy of the foregoing papers upon JOHN DOE A/K/A RODOLFO CHARDON by firmly affixing the same conspicuously on the front door at that address, the last known place of residence.

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 29th day of August, 2007 deponent served another copy of the foregoing upon JOHN DOE A/K/A RODOLFO CHARDON by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of New City and State of New York, addressed as follows:

JOHN DOE A/K/A RODOLFO CHARDON
1172 East 225th Street
2nd Floor
Bronx, New York 10466

_____
DAVID KSIAZEK #0974523

Sworn to before me this
29TH day of August, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com