# White and Williams LLP 

*The Atrium*
*East 80 Route 4*
*Paramus, NJ 07652-2647*
*Phone: 201.368.7200*
*Fax: 201.368.7240*

*Robert T. Pindulic*
*Direct Dial: 201.368.7204*
*Direct Fax: 201.368.7244*
*pindulicr@whiteandwilliams.com*

*Robert Wright, Managing Partner*

December 27, 2007

**Via Electronic Filing**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
U.S. Courthouse, Room 2260
500 Pearl Street
New York, New York 10007-1312

    RE: **The Paul Revere Life Insurance Company v. John Doe a/k/a**
           **Rodolfo Chardon**
           **Civil Action No.: 07 civ 3779**
           **Our File No.: 16931 J0152**

Dear Judge Castel:

    This office represents the interests of plaintiff, The Paul Revere Life Insurance Company, in the above referenced matter. Pursuant to the request of your Chambers, herewith a brief status on the matter.

    We have effectuated service of the Summons and Complaint upon the defendant, John Doe a/k/a Rudolfo Chardon, pursuant to Section 4 of CPLR 308. The Affidavit of Service has been filed and we are submitting an Application to the Clerk for a Default Judgment.

    As the Court is aware, this office previously filed a Motion Seeking to Serve the Plaintiff By Way of Publication and that Motion was granted by Your Honor. However, Your Honor requested that a revised Order and accompanying Affidavit be submitted to the Court detailing the publications to be relied upon and why they would be best suited for service by publication with respect to the subject matter. Based on the fact that we were able to effectuate service under CPLR 308 and are moving for Default based on the defendant's failure to respond, we have not submitted any revised Order at this juncture with respect to the issue of service by publication.

    In the event that Your Honor requires that revised Order to be submitted or in the event that the Application for a Default Judgment is, for some reason, denied, we will immediately provide a revised Order and accompanying Affidavit to Your Honor.

PHLDMS1 3824647v.1

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

LIMITED LIABILITY PARTNERSHIP REGISTERED IN PENNSYLVANIA

Honorable P. Kevin Castel
December 27, 2007
Page 2

      If Your Honor requires any further information or documentation, it will be provided immediately upon request.

                           Respectfully submitted,
                           WHITE AND WILLIAMS LLP

                           BY: _____
                                ROBERT T. PINDULIC

ss
Encl.