USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/08

**WHITE AND WILLIAMS LLP**
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
(201) 368-7200
*Attorneys for Plaintiff, The Paul Revere Life Insurance Company*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE a/k/a RODOLFO CHARDON, <br><br> Defendant. | Civil Action No.: 07-CV-3779 (PKC) <br><br><br> **DEFAULT JUDGMENT** |

This action having been commenced on May 14, 2007 by the filing of the Summons and Complaint, and personal service of the Summons and Complaint was attempted upon Defendant on multiple occasions at his last known address, 1172 East 225th Street, Bronx, New York 10466, and service was effectuated on August 29, 2007 by affixing the summons and complaint to the last known residence of defendant John Doe a/k/a Rodolfo Chardon pursuant to Section Four of CPLR 308, and proof of service having been filed on November 14, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendant in the liquidated amount of $137,945.00 with interest at 9% from May 14, 2007, the

filing the complaint, amount to $146,515.52 plus costs and disbursements of this action in the

amount of $___0___ amounting in all to 146,515.52

Dated: New York, New York
       March 31, 2008

_____
U.S.D.J.

This document was entered on the docket
on _____.

-2-